

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS



FILED
2025 JUN 10 PM 3: 20
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ivan Mendoza

**Case Number:** EP:21-CR-01492KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** June 2, 2022

**Original Offense:** Ct. 1, Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1), Ct. 2, Aid and Abet to Transport Aliens for Profit, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(II) and 1324(a)(1)(B)(i) and Ct. 3, Transporting Aliens for Financial Gain, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**Original Sentence:** Twelve (12) months custody as to Count 1, twenty-seven (27) months as to Counts 2 and 3, all counts to run concurrent followed by one (1) year of supervised release as to Count 1 and three (3) years of supervised release as to Counts 2 and 3, all counts to run concurrently.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** August 9, 2023

**Assistant U.S. Attorney:** Stanley M. Serwatka                **Defense Attorney:** Felix Valenzuela

### PREVIOUS COURT ACTION

On January 22, 2024, a Report on Offender Under Supervision was submitted by the probation officer notifying the Court of the following violation: Mendoza consumed alcoholic beverages, used cocaine and smoked marijuana. The probation officer recommended no further adverse action be taken and recommends Mendoza continue to attend outpatient treatment to address his substance abuse dependency issues. On January 24, 2024, the Court accepted the probation officer's recommendation, and no further action was taken.

On March 5, 2024, the Court modified the term of supervision to include Mendoza participate in the Moral Reconation Therapy (MRT) program.

On November 18, 2024, the term of supervised release was revoked, and the defendant was sentenced to four (4) months custody followed by two (2) years of supervised release. **The new term of supervised release began on March 4, 2025.**

### PETITIONING THE COURT

[X]     To issue a warrant

[ ]     To issue a summons

Ivan Mendoza
*Docket No. EP:21-CR-01492KC(1)*
Petition for Warrant or Summons for Offender Under Supervision
P a g e | 2

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.) During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** On June 4, 2025, Mendoza failed to provide a urine drug screen as required and as part of treatment provisions.

**Violation Number 2:** The defendant shall not commit another federal, state or local crime during the term of supervision.

> **Nature of Noncompliance:** According to El Paso Police Department (EPPD) incident report number's 25142076, 25142078, and 25142082, officers attempted to conduct a traffic stop on a Chevrolet Avalanche later determined to be driven by Ivan Mendoza. Officers observed the Avalanche speeding on the 100 block of Barker Road. Officers initiated their traffic lights and attempted to pull over the Avalanche, but the Avalanche failed to stop as instructed. The Avalanche collided with another vehicle at the intersection of Rio Grande Avenue and St. Vrain Street and the Avalanche continued to flee. As a result of the collision, the driver of the vehicle involved was transported to the hospital for medical attention. During the pursuit, officers received assistance from Texas Department of Public Safety troopers. The Avalanche finally came to a stop on the 1600 block of E. Yandell and Mendoza exited the passenger side of the vehicle in an attempt to confuse officers. The passenger in the Avalanche, was later identified as Jacob Guerrero, also exited the vehicle with his hands up. Mendoza ran towards an apartment and began to break the door down. Mendoza ran through the apartment and exited through the front door of the same apartment when officers eventually apprehended Mendoza. Mendoza was arrested and taken into custody. Additionally, Guerrero was also arrested and charged with Possession of Drug Paraphernalia, in violation of the Texas Penal Code 481.125(A).
>
> Mendoza was charged with Evading Arrest Detention With Vehicle or Watercraft (State Jail Felony) in violation of the Texas Penal Code § 38.04(b)(1)(B), Evading Arrest/ Detention (Class A Misdemeanor), in violation of the Texas Penal Code § 38.04(b), Collision Involving Damage to Vehicle Under $200 (Class B Misdemeanor), in violation of the Texas Transportation Code § 550.022(c)(2), Criminal Mischief Over $750 Under $2,500 (Class A Misdemeanor), in violation of the Texas Penal Code § 28.03(b)(3)(A), and Criminal Trespass Habitation/Shelter (Class A Misdemeanor), in violation of Texas Penal Code 30.05(d)(3)(A).
>
> According to available information, Mendoza bonded out on June 3, 2025, on the following Surety Bond amounts for the following: Evading Arrest Detention with Vehicle or Watercraft, $30,000 Surety Bond; Evading Arrest Detention, $5,000 Surety Bond,

Ivan Mendoza
Docket No. EP:21-CR-01492KC(1)
Petition for Warrant or Summons for Offender Under Supervision
P a g e | 3

Collision Involving Damage to Vehicle Under $200, $3,000 Surety Bond, Criminal Mischief Over $750 Under $2,000, and Criminal Trespass Habitation/Shelter, $2,000 Surety Bond. As of this writing, the disposition for these new offenses remains pending.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] modified as follows:

Respectfully submitted,

Betty Tellez-Hernandez
Senior U.S. Probation Officer
Office (915) 585-5513
Cellular (915) 861-8875

Approved by,

Emilia Caro-Sanchez
Supervising U.S. Probation Officer
Office (915) 585-6582
Cellular (915) 861-8795

Date: June 9, 2025

**THE COURT ORDERS:**

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

Kathleen Cardone, U.S. District Judge

June 10, 2025
Date