AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF TEXAS

FILED JUN 12 [illegible]
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY __DC__ DEPUTY

Received JUN 11 2025 USMS W/TX   El Paso

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**IVAN MENDOZA**

CASE NUMBER: EP-21-CR-1492KC(1)

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ivan Mendoza_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

| Philip J. Devlin | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | June 10, 2025      El Paso, TX |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ NO BOND        by Kathleen Cardone, U.S. District Judge
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Executed by USMS On June 12, 2025 In El Paso Texas | |

Received
JUN 11 2025
USMS WDTX